## STATE OF CONNECTICUT *v.* RAMON MORENO-CUEVAS

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 288 (AC 27620), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Laljeebhai R. Patel*, special public defender, in support of the petition.

*James M. Ralls*, senior assistant state's attorney, in opposition.

Decided April 30, 2008

## JOHN F. O'BRIEN *v.* SUPERIOR COURT, JUDICIAL DISTRICT OF HARTFORD

The petition by the plaintiff in error for certification for appeal from the Appellate Court, 105 Conn. App. 774 (AC 26361), is denied.

ROGERS, C. J., and SCHALLER, J., did not participate in the consideration or decision of this petition.

*John F. O'Brien*, pro se, in support of the petition.

*Peregrine Zinn-Rowthorn*, assistant attorney general, in opposition.

Decided April 30, 2008

## STATE OF CONNECTICUT *v.* DANIEL W. HAMLETT, SR.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 862 (AC 27601), is denied.